# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| GARY BOIKE, | Case No:2:17-CV-10109 |
| Plaintiff, | Hon. Gershwin A. Drain |
| vs. | Magistrate R. Steven Whalen |
| AKAL SECURITY, INC., | |
| Defendant. | |

| | |
|---|---|
| JOHN G. ADAM (P37205)<br>LEGGHIO & ISRAEL, P.C.<br>306 S. Washington, Suite 600<br>Royal Oak, MI  48067<br>Telephone:  (248) 398-5900<br>jga@legghioisrael.com<br><br>THOMAS N. CIANTRA<br>JOSHUA J. ELLISON<br>KATE M. SWEARENGEN<br>Cohen, Weiss and Simon LLP<br>330 West 42nd Street<br>New York, NY 10036<br>tciantra@cwsny.com<br>jellison@cwsny.com<br>kswearengen@cwsny.com<br><br>*Attorneys for Plaintiff* | GARY C. ANKERS (P41599)<br>LITTLER MENDELSON, P.C.<br>200 Renaissance Center, Suite 3110<br>Detroit, Michigan  48243<br>Telephone:  (313) 202-3222<br>                  (313) 202-3254<br>Facsimile:   (313) 446-6405<br>gankers@littler.com<br><br>*Attorneys for Defendant* |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant Akal Security, Inc. ("Defendant"), pursuant to Rule 7.1, Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and asserts as follows:

1. Defendant Akal Security, Inc.'s parent corporation is KIIT Company, a Nevada Corporation, which owns one-hundred percent (100%) of Akal Security, Inc., a New Mexico corporation.

2. Coastal International Security, Inc., a South Carolina corporation, is an affiliated company of KIIT Company.

3. Defendant states that no publicly held corporations own 10% or more of its stock.

*/s/ Gary C. Ankers*
GARY C. ANKERS (P41599)
LITTLER MENDELSON, P.C.
200 Renaissance Center, Suite 3110
Detroit, Michigan  48243
Telephone:  (313) 202-3222
              (313) 202-3254
Facsimile:   (313) 446-6405
gankers@littler.com

Counsel for Defendant
AKAL SECURITY, INC.

Dated:  February 14, 2017

## CERTIFICATE OF SERVICE

I, Gary C. Ankers, hereby certify that on February 14, 2017, I caused the foregoing, to be filed with the Court and served via Electronic Case Filing System and e-mail upon counsel of record as follows:

*VIA CM/ECF:*

JOHN G. ADAM (P37205)
LEGGHIO & ISRAEL, P.C.
306 S. Washington, Suite 600
Royal Oak, MI  48067

jga@legghioisrael.com

*VIA E-MAIL*

Thomas N. Ciantra
Joshua J. Ellison
Kate M. Swearengen
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036
tciantra@cwsny.com
jellison@cwsny.com
kswearengen@cwsny.com

/s/ Gary C. Ankers
Gary C. Ankers