IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY BOIKE,

    Plaintiff,

vs.

AKAL SECURITY, INC.,

    Defendant.

Case No: 2:17-CV-10109

Hon. Joseph M. Hood

Magistrate Robert E. Wier

---

| | |
|---|---|
| JOHN G. ADAM (P37205)<br>LEGGHIO & ISRAEL, P.C.<br>306 S. Washington, Suite 600<br>Royal Oak, Michigan 48067<br>Telephone: (248) 398-5900<br>jga@legghioisrael.com<br><br>JOSHUA J. ELLISON<br>KATE M. SWEARENGEN<br>COHEN, WEISS AND SIMON LLP<br>900 Third Avenue, Suite 2100<br>New York, New York 10022<br>Telephone: (212) 563-4100<br>Facsimile: (212) 563-6527<br>jellison@cwsny.com<br>kswearengen@cwsny.com<br><br>*Attorneys for Plaintiff* | GARY C. ANKERS (P41599)<br>LITTLER MENDELSON, P.C.<br>200 Renaissance Center, Suite 3110<br>Detroit, Michigan 48243<br>Telephone: (313) 202-3222<br>(313) 202-3254<br>Facsimile: (313) 446-6405<br>gankers@littler.com<br><br>KURT PETERSON (GA 574408)<br>LITTLER MENDELSON, P.C.<br>3344 Peachtree Rd., N.E.<br>Suite 1500<br>Atlanta, Georgia 30326<br>Telephone: (404) 233-0330<br>Facsimile: (404) 233-2361<br>kpeterson@littler.com<br><br>*Attorneys for Defendant* |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between

Plaintiff Gary Boike and Defendant Akal Security, Inc., through their undersigned

- 2 -

attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that Plaintiff's Complaint is dismissed with prejudice, and that Plaintiff and Defendant shall bear their own costs, expenses and attorney's fees in connection with the prosecution, defense and dismissal of the Complaint.

Dated: February 14, 2020

| /s/ *Kate M. Swearengen* <br> Kate M. Swearengen <br> COHEN, WEISS AND SIMON LLP <br> 900 Third Avenue, Suite 2100 <br> New York, New York 10022 <br> Telephone: (212) 563-4100 <br> Facsimile: (212) 563-6527 <br> kswearengen@cwsny.com | /s/ *Kurt Peterson* <br> Kurt Peterson <br> LITTLER MENDELSON, P.C. <br> 3344 Peachtree Rd., N.E. <br> Suite 1500 <br> Atlanta, Georgia 30326 <br> Telephone: (404) 233-0330 <br> Facsimile: (404) 233-2361 |
|---|---|
| Counsel for Plaintiff | Counsel for Defendant |